473 A.2d 670

Commonwealth v. Palmisano, Appellant.

Submitted November 23, 1983. Christopher G. Bokas, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, WATKINS and HOFFMAN, JJ.

Affirmed.

473 A.2d 670

Commonwealth, Appellant, v. Ricker.

Submitted November 7, 1983. Graham C. Showalter, District Attorney, for Commonwealth, appellant; John P. Campana, for appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

The order of the learned Union County Common Pleas Court President Judge A. Thomas Wilson is affirmed.